PROB 12B
(7/93)

# United States District Court
## for the
# District of Alaska

Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Brian J. Shanders                Case Number: A:99CR00110-001 (JWS)

Sentencing Judicial Officer:   John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:   November 10, 1999

Original Offense:   Manufacturing Marijuana in violation of 21 U.S.C. 841(a)(1)

Original Sentence:   60 months imprisonment, 4 years supervised release

Date Supervision Commenced: December 10, 2002

### PETITIONING THE COURT

[X]   To extend the term of supervised release for 1 year, for a total term of 5 years.

### CAUSE

The defendant's term of supervision commenced December 10, 2002. During an unannounced home visit in April of 2005, the defendant submitted a urine sample that tested positive for methamphetamine and THC. The defendant declined substance abuse treatment and indicated his use was triggered by stress. On June 2, 2006, the defendant failed to report for a urinalysis. On June 12, 2006, the defendant reported for a urinalysis but claimed he was not able to provide a urine sample. He returned on June 13, 2006, and again claimed he could not provide a sample. On June 15, 2006, the probation officer met with the defendant, at which time the defendant submitted to a urinalysis that field tested positive for cocaine. The defendant initially denied using cocaine, but eventually admitted to the use, stating the use was again related to stress. The defendant identified specific stress inducing factors in his life at this time.

The defendant has signed a Waiver of Hearing to Modify Conditions of Supervised Release to include mental health treatment. He has also signed a Waiver of Hearing to Extend the Term of Supervision for one (1) year. The probation officer recommends the extension to afford the defendant sufficient time in mental health treatment and to continue monitoring the defendant's compliance with his conditions of supervision. The defendant has been advised that if he demonstrates consistent compliance with conditions, the probation officer will consider early termination of supervision.

*Request for Modification of Conditions or Term*
*Name of Offender         :        Brian J. Shanders*
*Case Number              :        A:99CR00110-001 (JWS)*

Respectfully submitted,

**REDACTED SIGNATURE**

Charlene Wortman
U.S. Probation/Pretrial Services Officer
Date: June 23, 2006

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other:

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge
Date:  6-27-06

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
### District of Alaska

**U.S.A. v Brian J. SHANDERS**                                    Docket No. A:99CR00110-001

    I, <u>Brian Shanders</u>, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

*"The defendant's term of supervision shall be extended for one year. If the defendant demonstrates satisfactory compliance with conditions of supervision, the probation officer shall consider early termination of supervision."*

Signed: *[signature]*                  Date: 6-19-06
        Brian J. Shanders
        Supervised Releasee

Witness: REDACTED SIGNATURE          Date: 6-19-06
        Charlene V. Wortman
        U.S. Probation Officer