PROB 34
1/92

Report and Order Terminating Probation/
Supervised Release

# United States District Court

for the

District of Alaska

RECEIVED

DEC 1 3 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

v.                                    Case No.    A:99-00110-001-CR (JWS)

Brian J. Shanders

It appearing that the above-named has complied with the conditions of supervised release

imposed by the Order of the Court heretofore made and entered in this case and that the period of

supervised release expired on December 9, 2007. It is therefore recommended that the defendant be

discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

REDACTED SIGNATURE                12/12/07

Beth A. Mader                              Date
U.S. Probation/Pretrial Services
Officer

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised

release and that the proceedings in the case be terminated.

Dated this _12th_ day of _December_, 20 07.

REDACTED

John W. Sedwick
Chief U.S. District Court Judge